RE: Case No. 25-0435                    DATE: 5/21/2025
   COA #: 15-24-00047-CV           TC#: D-1-GN-21-002898
STYLE: A-TAP INC. v. TEX. HEALTH AND HUMAN SERVS. COMM'N

   Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **June 30, 2025.**

                    MS. ROSALIND L. HUNT
                    OFFICE OF THE ATTORNEY GENERAL OF
                    TEXAS
                    ADMINISTRATIVE LAW DIVISON
                    P.O. BOX 12548, CAPTIOL STATION
                    AUSTIN, TX  78711-2548
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0435                     DATE: 5/21/2025
    COA #: 15-24-00047-CV          TC#: D-1-GN-21-002898
STYLE: A-TAP INC. v. TEX. HEALTH AND HUMAN SERVS. COMM'N

    Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under Tex. R. App. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **June 30, 2025.**

                    DISTRICT CLERK  TRAVIS COUNTY
                    TRAVIS COUNTY COURT
                    P. O. BOX 679003
                    AUSTIN, TX  78767
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0435                    DATE: 5/21/2025
    COA #: 15-24-00047-CV            TC#: D-1-GN-21-002898
STYLE: A-TAP INC. v. TEX. HEALTH AND HUMAN SERVS. COMM'N

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under Tex. R. App. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **June 30, 2025.**

MS. JOANALYS B. SMITH
THE LAW OFFICE OF JOANALYS B. SMITH
& ASSOCIATES
2303 RANCH ROAD 620
SOUTH, STE. 160-159
AUSTIN, TX  78734
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0435                       DATE: 5/21/2025
    COA #: 15-24-00047-CV            TC#: D-1-GN-21-002898
STYLE: A-TAP INC. v. TEX. HEALTH AND HUMAN SERVS. COMM'N

     Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **June 30, 2025.**


                 CHRISTOPHER  PRINE
                 FIFTEENTH COURT OF APPEALS
                 P.O, BOX 12852
                 AUSTIN, TX  78711
                 * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0435              DATE: 5/21/2025
COA #: 15-24-00047-CV          TC#: D-1-GN-21-002898
STYLE: A-TAP INC. v. TEX. HEALTH AND HUMAN SERVS. COMM'N

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under Tex. R. App. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **June 30, 2025.**


                    GAY  BONORDEN
                    SMITH & ASSOCIATES
                    2303 RANCH ROAD 620
                    SOUTH, SUITE 160-159
                    AUSTIN, TX  78734
                    * DELIVERED VIA E-MAIL *